IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | Case No. 20-01226 |
| | ) | |
| Dwight W Brown | ) | Chapter 13 |
| Cynthia R Brown | ) | |
| | ) | Judge: Jacqueline P. Cox |
| Debtors | ) | |

**Notice of Objection**

The Debtors object to the Motion for Relief from the Automatic Stay as to the 2013 Kia Sorento on behalf of Ally Financial f/k/a GMAC.

David H. Cutler,
Attorney for the Debtors

/s/ *David H. Cutler*
By: David H. Cutler

Cutler & Associates, Ltd.
David H. Cutler
Attorney for the Debtors
4131 Main St.
Skokie, IL 60076
Phone: (847) 673-8600